JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DONALD JORDAN JR.,

            Petitioner,

   v.

STU SHERMAN, Warden,

            Respondent.

**Case No. CV 16-00935 CAS (RAO)**

**JUDGMENT**

      Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

      IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED:  December 13, 2016

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE